FILED

SEP - 1 M 9: 24

U.S. DISTRICT COURT
CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**VRW**

IN THE MATTER OF

John Patrick Halfpenny - #15443  **CV  09  80 179**

_____/       **179** MISC

## ORDER TO SHOW CAUSE

It appearing that John Patrick Halfpenny has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R.  WALKER
United States District Chief Judge

Mailing Address:

John Patrick Halfpenny
Attorney At Law
Halfpenny Technologies, Inc.
725 Skippack Pike, Suite 100
Blue Bell, PA 19422

United States District Court
For the Northern District of California