```
                                          FILED
                                          NOV 1 6 2009
                                          RICHARD W. WIEKING
                                          CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV-09-80179 MISC VRW

John Patrick Halfpenny,
    State Bar No 154434                    ORDER

_____/

       On September 1, 2009, the court issued an order to show cause (OSC) why John Patrick Halfpenny should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31 , effective July 1, 2009.

       The OSC was mailed to Mr. Halfpenny's address of record with the State Bar on September 2, 2009.  In response to the OSC, Mr Halfpenny advised the court that he is currently incarcerated in Pennsylvania.

       The court now orders John Patrick Halfpenny removed from the roll of attorneys authorized to practice before this court until such time as he provides proof of reinstatement from the State Bar of California.  The clerk is directed to close the file.

       IT IS SO ORDERED.

                                      VAUGHN R WALKER
                                  United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

John Patrick Halfpenny,

Case Number: CV-09-80179 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Patrick Halfpenny
D.O.C. No HX0493
SCI Camp Hill
PO Box 200
Camp Hill,  PA 17001-0200

Dated: November 16, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*